**LEO STOLLER CENTRAL
MFG. CO., Appellant,**

v.

**Jovan POCEKOVIC, Appellee.**

Leo Stoller Central Mfg.
Co., Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Leo Stoller Central Mfg. Co.), Appellee,

and

Medtronic Sofamor Danek, Inc., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Leo Stoller), Appellee,

and

The Southern New England Telephone Company, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Central Mfg. Co.), Appellee,

and

Premium Products, Inc., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Leo Stoller d/b/a Central Mfg. Co.), Appellee,

and

Sutech U.S.A., Inc., Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Leo Stoller), Appellee,

and

George C. Kasboske, Appellee.

Leo Stoller, Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Central Mfg. Co.), Appellee,

and

Surgical Navigation Technologies, Inc., Appellee.

Leo Stoller Central Mfg.
Co., Appellant,

v.

The Society for the Prevention of Trademark Abuse LLC (substituted for Leo Stoller Central Mfg. Co.), Appellee,

and

Loveland Products, Inc., Appellee.

Nos. 2008–1569 to 2008–1576.

United States Court of Appeals,
Federal Circuit.

Jan. 22, 2009.

### ORDER

Pursuant to the court's order of January 5, 2009, the appellant having failed to pay

the filing fee for the appeals listed above within the time specified in the order,

IT IS ORDERED THAT:

1) The appeals are dismissed.

2) Appellant's motion for consolidation is moot.

3) The motion for extension of time filed by appellees Society for Prevention of Trademark Abuse and Jovan Pocekovic is moot.